

**Entered on Docket**
**April 08, 2010**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank National Association, as Trustee for CSFB HEAT 2006-6
10-70533

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-14905-mkn |
|---|---|
| Jenise Delores Maye | Date: 3/10/2010<br>Time: 1:30 p.m. |
| | Chapter 13 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor US Bank National Association, as Trustee for CSFB HEAT 2006-6, its assignees

and/or successors in interest, of the subject property, generally described as 4513 Ridgedale Ave, Las

Vegas, NV 89121, and legally described as follows:

> Lot 594, in Block 1 of Parkdale Unit No. 4, as shown by map thereof on file in Book 7 of Plats,
> Page 74, in the Office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall re-

start the foreclosure and record a new notice of default.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of

the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _Michael Wilde #10099_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
George Haines
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____    No parties appeared or filed written objections, and the trustee is the movant.

__x__    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____    approved the form of this order              _____    disapproved the form of this order

_____    waived the right to review the order and/or    _x_    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order              _____    disapproved the form of this order

_____    waived the right to review the order and/or    _x___    failed to respond to the document


_____    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____    approved the form of this order              _____    disapproved the form of this order

_____    waived the right to review the order and/or    _____    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order              _____    disapproved the form of this order

_____    waived the right to review the order and/or    _____    failed to respond to the document


_____    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor